UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Cai Ling Liu,

    Plaintiff

— against —

DSM Laundromat Inc. et al,

    Defendants.

17-CV-6648 (ARR) (SMG)

**Opinion & Order**

**Not for electronic or print publication**

Ross, United States District Judge:

    This Court has received the Report and Recommendation on the instant case dated June 19, 2018, from the Honorable Steven M. Gold, United States Magistrate Judge. Objections were due by July 3, 2018, but no objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874, 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

    Accordingly, the parties' joint motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), is approved.

    SO ORDERED.

_____/s/_____
Allyne R. Ross
United States District Judge

Dated:     July 6, 2018
           Brooklyn, New York