UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Cai Ling Liu,

                 JUDGMENT

       Plaintiff,        17-CV-6648 (ARR) (SMG)

 v.

DSM Laundromat Inc. et al,

       Defendants.
------------------------------------------------------------X

  An Opinion & Order of Honorable Allyne R. Ross, United States District Court, having been filed on July 6, 2018, adopting in its entirety the Report and Recommendation of Magistrate Judge Steven M. Gold, dated June 19, 2018, approving the parties' joint motion for settlement approval pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015); it is

  ORDERED and ADJUDGED that pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), the parties' joint motion for settlement approval is approved.

Dated: Brooklyn, New York        Douglas C. Palmer
   July 9, 2018           Clerk of Court

                 By: */s/Jalitza Poveda*_____
                    Deputy Clerk